NO. 600516-A

ARTHUR JOSEPH ALVAREZ
(aka Joe Ray Alvarez)
TDCJ-ID 1853331
HUGHES UNIT
RT. 2 BOX 4400
Gatesville, Texas 76597

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 19 2017

Deana Williamson, Clerk

To: Deanna Williams, Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308 Capitol Station
Austin, Texas 78711

Re: Court Order to
surrender Attorney
Emily Detoto affidavit

Chris Daniel, Clerk of the Court
Criminal Post-Trial Section of
Harris County, District Clerks Office
1201 Franklin, 3rd Floor
Houston, Texas 77002

Date: December 14, 2017

Tr. Ct. No. 600516-A
WR-87,223-02

DEAR CLERK ,

the state having considered the Applicant's,

Arthur Alvarez, application for writ of habeas corpus in the above captioned

cause, designated issue of Ineffective Assistance of Counsel needed to be

resolved, pursuant to 11.07 § 3 (d).

EMILY DETOTO (attorney) was ORDERED to filed affidavit summarizing the actions

taken to represent Applicant with the Criminal Post-Trial Section of Harris

County District Clerk's Office, WITHIN 30 DAYS of signing of State's Order,

September 2017. Upon receiving (attorney) EMILY DETOTO affidavit the CLERK OF

THE COURT was ORDERED to send a copy of said affidavit to Applicant Arthur

Alvarez and counsel for the State, Beanna Schartz.

To this date 12/14/17 applicant has NOT received the above mentioned

affidavit filed by attorney EMILY DETOTO.

Applicant, Mr. Alvarez, PLEADS to the Clerk of the Court to surrender a copy

of the above mentioned affidavit as was ORDERED by the Court.

Further delay will impede Applicant's attempts to properly & adequately

challenge his conviction & sentence.

Respecfully Submitted,

AA/File

Arthur Joesph Alvarez, pro se